Harry L. HENRY and Clara S. Henry, Appellants, v. METROPOLITAN TRUST CO. OF CALIFORNIA et al., Appellees.

No. 7891.

Circuit Court of Appeals, Ninth Circuit.

Oct. 21, 1935.

I. Henry Harris, of Los Angeles, Cal., for appellant.

Frank S. Hutton, of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Upon motion of appellees, and by direction of the court, ordered, appeal allowed by District Court dismissed; and petition for allowance of appeal under section 24b of the Bankruptcy Act (11 U.S.C.A. § 47 (b) denied; mandate forthwith.

Allen HUGGINS and Marcele W. Frey, Appellants, v. Edmund S. BURKE and Thomas P. Finan, Trustees of The Kelly-Springfield Tire Company, a Corporation, et al., Appellees.

No. 3936.

Circuit Court of Appeals, Fourth Circuit.

Aug. 9, 1935.

George Forbes and Henry L. Wortche, both of Baltimore, Md., and Robert P. Weil, of New York City, for appellants.

Harry N. Baetjer, of Baltimore, Md., for appellees.

PER CURIAM.

Case dismissed, under rule 20, in accordance with agreement of counsel.

---

Leonard D. INGRAM v. Philip A. LEWIS.

No. 1321.

Circuit Court of Appeals, Tenth Circuit.

Aug. 19, 1935.

Charles A. Chandler, of Muskogee, Okl., for appellant.

R. E. Stewart, of Muskogee, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on stipulation.